**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Monica Montgomery** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **16-10309-mdc** |

## CERTIFICATE OF SERVICE

I, **MICHAEL S. SCHWARTZ, ESQUIRE**, hereby certify that I sent the attached motion for Approval of Compensation (Application for compensation) on August 12, 2016 via electronic notification and/or United States First Class Mail to the Trustee and all interested parties.

Respectfully Submitted,

___\s\ Michael S. Schwartz_____
**MICHAEL S. SCHWARTZ, ESQUIRE**
Attorney for Debtor