**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    **Monica Montgomery**                    :    **Chapter 13**
                                                   :    **Bankruptcy No.**
                                                   :    **16-10309-mdc**

## ORDER

**AND NOW,** this 22nd day of September, 2016, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,500.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $2,260.00 from the estate to the extent provided by the confirmed Plan.

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Court Judge