United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Monica Montgomery  
    Debtor

Case No. 16-10309-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey                    Page 1 of 1             Date Rcvd: Sep 23, 2016
                            Form ID: pdf900                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2016.  
db        +Monica Montgomery,   6000 W. Columbia Avenue,   Philadelphia, PA 19151-3507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2016 at the address(es) listed below:  
    ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
    MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com  
    MICHAEL SETH SCHWARTZ    on behalf of Debtor Monica  Montgomery msbankruptcy@verizon.net  
    United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                   TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Monica Montgomery** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **16-10309-mdc** |

### ORDER

   **AND NOW,** this 22nd day of September, 2016, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,500.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $2,260.00 from the estate to the extent provided by the confirmed Plan.

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Court Judge