United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Monica Montgomery  
    Debtor

Case No. 16-10309-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Christina<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Dec 09, 2016 |
|---|---|---|---|

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
db          +Monica Montgomery,   6000 W. Columbia Avenue,   Philadelphia, PA 19151-3507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Bank Of America, N.A. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
        MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
        MICHAEL SETH SCHWARTZ    on behalf of Debtor Monica    Montgomery msbankruptcy@verizon.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Monica Montgomery,<br>       Debtor | CHAPTER 13<br><br>CASE NO.: 16-10309-mdc |
| Bank of America, N.A., its assignees and/or successors in interest,<br><br>       Movant<br>vs.<br><br>Monica Montgomery,<br>       Respondent<br>William C. Miller,<br>       Trustee | **HEARING DATE:**<br>Thursday, December 8, 2016<br>11:00 a.m.<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse<br>Courtroom No 2<br>900 Market Street<br>Philadelphia, PA 19107 |

## ORDER

AND NOW, this ___8th___ day of ___December, 2016___, upon consideration of the Motion for relief from the Automatic Stay filed on behalf of Bank of America, N.A., it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and the automatic stay is terminated as it affects the interests of Movant, in the real property and improvements thereon commonly known as **6000 W Columbia Avenue, Philadelphia, Pennsylvania 19151.**

It is further ORDERED, ADJUDGED and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

It is further ORDERED, ADJUDGED and DECREED that the stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

1

It is further ORDERED, ADJUDGED AND DECREED that, in addition to foreclosure, this Relief Order permits activity necessary to obtain possession of said collateral; therefore, all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

*Magdeline D. C*
Magdeline D. Coleman
BANKRUPTCY JUDGE

2