# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-10309-MDC

MONICA MONTGOMERY

6000 W. COLUMBIA AVENUE

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MONICA MONTGOMERY

  6000 W. COLUMBIA AVENUE

  PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

  MICHAEL SCHWARTZ
  707 LAKESIDE OFFICE PARK
  STREET AND STUMP ROADS
  SOUTHAMPTON, PA 18966-

Date: 12/29/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee