United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-10309-mdc
Monica Montgomery                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 2              Date Rcvd: Feb 06, 2017
                             Form ID: pdf900           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2017.
```
db          +Monica Montgomery,    6000 W. Columbia Avenue,    Philadelphia, PA 19151-3507
cr          +Carrington Mortgage Services, LLC (servicing right,    1600 South Douglass Road,
              Anaheim,, CA 92806-5948
13712858     AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
              MALVERN, PA 19355-0701
13661650    +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
13661651    +Apothaker and Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13661652    +Bank od America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13735384     Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
13661653    +Cap1/bstby,    PO Box 30253,    Salt Lake City, UT 84130-0253
13808115    +Carrington Mortgage Services, LLC,    (servicing rights only),    1600 South Douglass Road,
              Anaheim, CA 92806-5951
13661655    +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
              Saint Louis, MO 63179-0040
13661656   ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,     Dell Financial Services Attn: Bankrupcty,
              Po Box 81577,    Austin, TX 78708)
13661658    +Frederic Weinberg, Esquire,    1001 East Hector Street,    Suite 220,
              Conshohocken, PA 19428-2395
13689390    +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
              Washington, DC 20410-0002
13661665    +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13661666    +Wells Fargo,    Attention: Bankruptcy MAC# X2303-01A,    Po Box 41169,
              Des Moines, IA 50328-0001
13713978    +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
              Sioux Falls  SD 57104-0422
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Feb 07 2017 02:04:24     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2017 02:04:11
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2017 02:04:20     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 07 2017 01:55:56
              Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
13661654    +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 07 2017 01:55:57
              Capital One Auto Finance,    7933 Preston Rd,    Plano, TX 75024-2302
13663802    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 07 2017 01:55:56
              Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
              Arlington, TX 76006-1347
13667730    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 07 2017 01:55:01
              Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
              Arlington, TX 76006-1347
13665492     E-mail/Text: mrdiscen@discover.com Feb 07 2017 02:04:02     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13661657    +E-mail/Text: mrdiscen@discover.com Feb 07 2017 02:04:02     Discover Financial,
              Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
13661659    +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 07 2017 02:04:29     Navy Federal Cr Union,
              820 Follin Ln Se,    Vienna, VA 22180-4907
13677683    +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 07 2017 02:04:29     Navy Federal Credit Union,
              PO BOX 3000,    Merrifield, VA 22119-3000
13736241    +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 07 2017 02:04:19     Nordstrom Fsb,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13661660    +E-mail/Text: bnc@nordstrom.com Feb 07 2017 02:04:03     Nordstrom/td,    13531 E Caley Ave,
              Englewood, CO 80111-6505
13720110     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2017 02:03:30
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13661661     E-mail/PDF: cbp@onemainfinancial.com Feb 07 2017 01:55:33     Springleaf Financial S,
              601 Nw 2nd St,    Evansville, IN 47701
13677580     E-mail/PDF: cbp@onemainfinancial.com Feb 07 2017 01:55:58     Springleaf Financial Services,
              PO Box 3251,    Evansville, IN 47731
13661662    +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 01:55:01     Synchrony Bank,    Po Box 103104,
              Roswell, GA 30076-9104
13661663    +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 01:55:01     Synchrony Bank/Lowes,
              Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13661664    +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 01:55:31     Synchrony Bank/Walmart,
              Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13661667    +E-mail/Text: BKRMailOps@weltman.com Feb 07 2017 02:04:15     Weltman Weinberg & Reis,
              325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 20
```

```
District/off: 0313-2           User: Stacey                Page 2 of 2                  Date Rcvd: Feb 06, 2017
                               Form ID: pdf900             Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13669462*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court:  Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Bank Of America, N.A. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Monica  Montgomery msbankruptcy@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MONICA MONTGOMERY                           Chapter 13

              Debtor              Bankruptcy No. 16-10309-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___2nd___ day of ___February___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-

Debtor:
MONICA MONTGOMERY

6000 W. COLUMBIA AVENUE

PHILADELPHIA, PA 19151